UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-00547 ADS Date: July 28, 2026

Title: *Colin Fletcher v. Telli Health LLC*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On June 24, 2026, the Court denied Defendant's Motion to Dismiss and Request to Stay. (Dkt. No. 21) Pursuant to the Court's oral ruling, Defendant was ordered to file an Answer to the Complaint by no later than **July 24, 2026.** To date, no Answer has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **August 4, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh