Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**COLIN FLETCHER,** *individually and on behalf of all those similarly situated,*

Plaintiff,

vs.

**TELLI HEALTH D/B/A ACCU HEALTH,**

Defendant.

Case No.: 8:26-cv-00547-ADS

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Colin Fletcher, and Defendant Telli Health d/b/a Accu Health, by and through undersigned counsel, hereby file this Joint Stipulation to file First Amended Complaint.

Through this Stipulation, Plaintiff will file their Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). After conducting initial discovery, Plaintiff wishes to add an additional count under the TCPA. After a meet and confer discussion between the parties, Defendant agreed to allow

Plaintiff file a First Amended Complaint ("FAC") adding this additional count. There is no undue delay, bad faith, or dilatory motive by the parties. Defendant did not file a responsive pleading while the parties were engaged in discussions regarding Plaintiff's filing of the FAC and potential resolution of this case. Defendant will file its responsive pleading within ten days of Plaintiff's filing of its FAC.

Dated: August 4, 2026

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470

E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/
**OWEN PRASKIEVICZ, ESQ.**
SOLOMON WARD
SEIDENWURM & SMITH LLP

*Counsel for Defendant*

**ATTESTATION OF CONCURRENCE IN FILING (L.R. 5-4.3.4(a)(2)(i))**

I, Gerald D. Lane, Jr., am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Gerald D. Lane Jr.

**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470